**No. 10-10686. Robert Charles Towery, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6248.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 300.

**No. 10-10688. Norman Eugene Lamkin, Petitioner v. Texas.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6197, ▮

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 10-10689. William Blake Sescil, Petitioner v. United States.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6469.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 410 Fed. Appx. 758.

**No. 10-10690. Mario Menchaca, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 5968.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10691. Michael Scott Ponce, Petitioner v. H. A. Rios, Jr., Warden, et al.**

565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6024.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10692. Tyrell T. Brown, Petitioner v. Raul Lopez, Warden.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 5915.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10693. Jerry W. Armstrong, Petitioner v. Gerald C. Benito.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6484, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.